**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NNENNA OGU UDUMA,<br>*Petitioner*,<br>v.<br>JASON BENZEL, *et al.*,<br>*Respondents*. | Hon. Jamel K. Semper, U.S.D.J.<br>Civil Action No. 26-9449 (JKS)<br>**STIPULATION AND [redacted] ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party. Additionally, any stay on the transfer or transport of Petitioner is hereby lifted by agreement of the parties.

OMOBA LAW

By: *s/ Ololade T. Moses*
OLOLADE T. MOSES
*Attorney for Petitioner*

ROBERT FRAZER
United States Attorney

By: *s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondent*

Date: August 5, 2026

So Ordered:

*/s/ Jamel K. Semper*

HON. JAMEL K. SEMPER
UNITED STATES DISTRICT JUDGE

Dated: *August 25, 2026*